IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,<br><br>    Plaintiffs,<br>vs.<br><br>SAMMY MEBANE,<br><br>    Defendant. | Case No. 1:05CV00172 |

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

2. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "All Night Long," on album "Can't Slow Down," by artist "Lionel Richie" (SR# 49-235);

- "My Way," on album "My Way," by artist "Usher" (SR# 257-730);

- "Around The Way Girl," on album "Mama Said Knock You Out," by artist "LL Cool J" (SR# 123-555);

- "Candy Girl," on album "Phenomenon," by artist "LL Cool J" (SR# 243-497);

- "Devil's Pie," on album "Voodoo," by artist "D'Angelo" (SR# 280-480);

- "We Are Family," on album "We Are Family," by artist "Sister Sledge" (SR# 6-182);

- "Getting Jiggy Wit It," on album "Big Willie Style," by artist "Will Smith" (SR# 249-123);

- "You Can't Resist," on album "Da Real World," by artist "Missy Elliot" (SR# 179-190);

- "How Many Licks?," on album "The Notorious K.I.M.," by artist "Lil' Kim" (SR# 286-624);

- "Take You Out," on album "Luther Vandross," by artist "Luther Vandross" (SR# 298-047);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has

downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

    This the 19th day of July, 2005.

                                                           United States District Judge